## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

RAJESH VERMA, on behalf of himself and any others similarly situated,

      Plaintiff,

v.

WALDEN UNIVERSITY, LLC

      Defendant.

Case No. 3:22-cv-776-BJD-JBT

## JOINT MOTION FOR EXTENSION OF CASE-MANAGEMENT AND SCHEDULING DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's inherent authority to control its docket, the parties jointly move to extend the remaining deadlines in the Court's Case Management and Scheduling Order (Doc. 20 (CMSO)).

This is a putative Telephone Consumer Protection Act class action. (Doc. 3.) The scope is significant, the relevant ESI is atypical (e.g., structured data requiring identification, extraction, and analytical measures different from those used in cases involving only emails or common electronic documents), and the parties have worked cooperatively.

The Court's current CMSO staggers class-certification and other deadlines. (Doc. 20 at 1–2.) Most notably, Plaintiff's pleadings amendment deadline is December 2, and the parties' class certification expert report deadline is January 23, 2023. (*Id.* at 1.)

Defendant, Walden University, has been working diligently to identify, extract, analyze, and exchange electronically stored information that will be essential to its responses to Plaintiff's timely served discovery requests, to both parties' preparation for class-certification proceedings, and to the possibility of any negotiated resolution. Specifically, Plaintiff served Requests for Production on August 17, November 4, and November 10; Interrogatories on November 10; and Requests for Admission on November 10.  In Walden's assessment, it will need more time than is afforded under the current CMSO to complete this process in time to afford a reasonable opportunity for expert analyses of the resulting information and for any follow-up discovery necessary to inform class-certification briefing.  Plaintiff joins Walden's request for these reasons and to afford additional time to assess whether any pleadings amendments are necessary or advisable.

Based on their conferrals, the parties thus propose and request the following extensions of the remaining CMSO deadlines:

| Action or Event | Current Deadline | Proposed Modified Deadline |
| --- | --- | --- |
| **Deadline for moving to add a party or amend pleadings** | Friday, December 2, 2022 | Thursday, March 2, 2023 |
| **Class certification expert report deadline** | Monday, January 23, 2023 | Monday, April 24, 2023 |
| **Class certification rebuttal expert report deadline** | Monday, February 20, 2023 | Monday, May 22, 2023 |
| **Class certification discovery deadline** | Friday, March 24, 2023 | Thursday, June 22, 2023 |
| **Deadline for moving for class certification** | Friday, April 7, 2023 | Monday, July 24, 2023 |

| Action or Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| **Plaintiff's deadline for disclosing any other expert report.** | Friday, July 7, 2023 | Thursday, October 5, 2023 |
| **Defendant's deadline for disclosure of other expert reports** | Friday, July 7, 2023 | Thursday, October 5, 2023 |
| **Deadline for disclosure of other rebuttal expert reports** | Monday, August 7, 2023 | Monday, November 6, 2023 |
| **Discovery deadline** | Tuesday, September 5, 2023 | Monday, December 4, 2023 |
| **Mediation deadline** | Thursday, September 28, 2023 | Wednesday, December 27, 2023 |
| **Deadline for filing any dispositive and *Daubert* motions** | Friday, October 6, 2023 | Thursday, January 4, 2024 |
| **Deadline for filing motions in limine** | Wednesday, March 6, 2024 | Tuesday, June 4, 2024 |
| **Deadline for responding to motions in limine** | Wednesday, March 13, 2024 | Tuesday, June 11, 2024 |
| **Deadline for filing all other motions** | Wednesday, March 13, 2024 | Tuesday, June 11, 2024 |
| **Joint Final Pretrial Statement** | Wednesday, March 13, 2024 | Tuesday, June 11, 2024 |
| **Final pretrial conference** | Wednesday, March 20, 2024 | Tuesday, June 18, 2024 |
| **Trial Term** | April 2024 | July 2024 |

As none of these deadlines have passed, Rule 6(b)(1)(A) affords this Court discretion to extend them "for good cause." Discretionary extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice." *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (quoting *United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

Good cause exists here. The parties request these extensions in good faith to facilitate their joint efforts to work toward a "just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1. Granting these comparatively brief extensions of the Court's CMSO deadlines will afford the parties the time needed to adequately exchange information, analyze this action, explore potential resolutions, and prepare for class certification. The parties thus respectfully request that the motion be granted.

Respectfully submitted on November 30, 2022,

| | |
|---|---|
| /s/ Jeremy M. Glapion | /s/ Ryan T. Hopper |
| Jeremy M. Glapion | Ryan T. Hopper (FBN 0107347) |
| **THE GLAPION LAW FIRM, LLC** | hopperr@gtlaw.com |
| 1704 Maxwell Drive | Raymond Jackson (FBN 1028350) |
| Wall, New Jersey 07719 | jacksonra@gtlaw.com |
| Tel: 732.455.9737 | **GREENBERG TRAURIG, P.A.** |
| Fax: 732.965.8006 | 101 E. Kennedy Blvd., Ste. 1900 |
| jmg@glapionlaw.com | Tampa, Florida 33602 |
| | Telephone: (813) 318-5700 |
| | Facsimile: (813) 318- 5900 |
| Eric W. Kem (FBN 0106042) | |
| ERIC KEM INJURY LAWYERS | Ian C. Ballon* |
| 2233 NW 41st Street, Ste. 700-H | ballon@gtlaw.com |
| Gainesville, FL 32606 | Lori Chang* |
| Tel: 352.356.5075 | changl@gtlaw.com |
| Fax: 844.536.3476 | **GREENBERG TRAURIG, LLP** |
| ekem@kemlawfirm.com | 1840 Century Park East, Suite 1900 |
| | Los Angeles, California 90067 |
| Counsel for Plaintiff | Telephone: (310) 586-6575 |
| | Facsimile: (310) 586-7800 |
| | *Specially Admitted |
| | |
| | Counsel for Defendant |