# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Jacksonville Division

| | | |
|---|---|---|
| RAJESH VERMA, *Plaintiff* | ) ) ) | |
| v. | ) | Case No.  Case No. 3:22-cv-776-BJD-JBT |
| WALDEN UNIVERSITY, LLC *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL - LEAD COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Walden University, LLC    (Lead Counsel)    .

Date: 12/29/2022

*/s/ Aaron S. Weiss*
*Attorney's signature*

Aaron S. Weiss (FBN 48813) - Lead Counsel
*Printed name and bar number*
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida  33179

*Address*

aweiss@carltonfields.com
*E-mail address*

(305) 530-0050
*Telephone number*

(305) 530-0055
*FAX number*