AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| RAJESH VERMA, <br> *Plaintiff* <br> v. <br> WALDEN UNIVERSITY, LLC <br> *Defendant* | ) <br> ) <br> ) Case No. 22-CV-776-BJD-JBT <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Walden University, LLC

Date: 12/30/22

*Attorney's signature*

Charles Throckmorton (FBN 101203)
*Printed name and bar number*

CARLTON FIELDS
2 MiamiCentral
700 N.W. 1 Ave., Suite 1200
Miami, FL 33136
*Address*

cthrockmorton@carltonfields.com
*E-mail address*

(305) 530-0050
*Telephone number*

(305) 530-0055
*FAX number*