# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

RAJESH VERMA, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALDEN UNIVERSITY, LLC

    Defendant.

Case No. 3:22-cv-776-BJD-JBT

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 2.02, Defendant, Walden University, LLC, moves this Court to enter an Order withdrawing Ryan T. Hopper and Raymond D. Jackson from Greenberg Traurig, P.A, and Ian C. Ballon and Lori Chang from Greenberg Traurig, LLP as counsel for Defendant in this case, and as grounds therefore states as follows:

1.    Ryan T. Hopper, Raymond D. Jackson, Ian C. Ballon, and Lori Chang respectfully request leave to withdraw as counsel of record for Defendant.

2.    Undersigned counsel certify that Defendant, as the client, consents to their withdrawal.

3.    Withdrawal of the aforementioned counsel will not cause a continuance of trial.

4.    If this Motion is granted, Defendant will continue to be represented in this matter by Aaron S. Weiss, who entered his appearance as lead counsel of record for Defendant on December 29, 2022 (Doc. 31.), and Charles Throckmorton, who

entered his appearance as counsel of record for Defendant on December 30, 2022, (Doc. 32.).

5. Plaintiff does not oppose this Motion.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant its Motion and enter an Order withdrawing Ryan T. Hopper, Raymond D. Jackson, Ian C. Ballon, and Lori Chang as counsel.

Dated: January 3, 2023                                        Respectfully submitted,

*/s/ Ian C. Ballon*
Ian C. Ballon*
ballon@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-6575
Facsimile: (310) 586-7800

*/s/ Ryan T. Hopper*
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318- 5900

*/s/ Lori Chang*
Lori Chang*
changl@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-6575
Facsimile: (310) 586-7800

*/s/ Raymond Jackson*
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318- 5900

*Specially Admitted

*Attorneys for Defendant, Walden University*

## LOCAL RULES 3.01(g) CERTIFICATION

I certify that I have conferred with counsel for Plaintiff, who does not oppose this Motion.

*/s/ Ryan T. Hopper*
Attorney for Walden University, LLC

## CERTIFICATE OF SERVICE

I certify that on January 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Ryan T. Hopper*
Attorney for Walden University, LLC
