# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RAJESH VERMA,

    *Plaintiff*,

v.                                               Case No.: 3:22-cv-776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant*.

_____/

## DEFENDANT WALDEN'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS PLAINTIFF VERMA'S COMPLAINT [ECF NO. 9]

Defendant Walden University, LLC ("Walden") hereby withdraws its Motion to Dismiss Plaintiff Rajesh Verma's Complaint, which was filed on August 5, 2022. [ECF No. 9]. Instead, contemporaneously with this notice of withdrawal, Walden is filing its Answer and Affirmative Defenses to the Complaint.

Dated: January 18, 2023                   s/ *Aaron S. Weiss*

                                                    Aaron S. Weiss (FBN 48813)
                                                    aweiss@carltonfields.com
                                                    Charles W. Throckmorton (FBN 101203)
                                                    cthrockmorton@carltonfields.com
                                                    Carlton Fields, P.A.
                                                    700 N.W. 1st Avenue, Ste. 1200
                                                    Miami, Florida 33136
                                                    Telephone: 305-530-0050

                                                    *Attorneys for Walden University, LLC*