**VERIZON CONFIDENTIAL**

December 19, 2022

GREENBERG TRAURIG LLP
500 CAMPUS DRIVE STE 400
FLORHAM PARK NJ 07932

Verizon Case #: 22538397
Docket / File #: 3:22-cv-0776-BJD-JBT
Requested Target: 108.28.85.37,65.198.194.178

Dear Ryan T. Hopper:

Verizon Subpoena Compliance is in receipt of the attached request. Please note the following:

Like other ISPs, it is Verizon's practice to require a court order signed by a judge or magistrate, as described in 47 USC 551(c)(2)(B), before disclosing the type of information you seek.

Respectfully,

L. BARRON
VERIZON SECURITY SUBPOENA COMPLIANCE
Enclosed