**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RAJESH VERMA,

    *Plaintiff*,

v.                                                Case No. 3:22-cv-00776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant*.

_____/

**JOINT MOTION TO MODIFY SCHEDULING ORDER,**
**TEMPORARILY LIMIT DISCOVERY, AND REQUEST**
**FOR STATUS CONFERENCE BEFORE JUDGE TOOMEY**

Plaintiff Rajesh Verma ("Verma") and Defendant Walden University, LLC ("Walden") (collectively, the "Parties") jointly move for a modification of the Amended Case Management and Scheduling Order [ECF No. 30], and state:

1. The Parties in this TCPA class action agree that there are overarching legal and factual issues which, if resolved prior to class certification discovery and briefing, would streamline the case.

2. To that end, the Parties have executed a stipulation detailing and memorializing their agreement. A copy of the stipulation is attached as **Exhibit 1**.

3. The Parties propose the following modifications to the scheduling order, and request that the Court enter an order providing for the following:

    (a) The deadlines in the Amended Case Management and Scheduling Order [ECF No. 30] will be vacated.

    (b) On or before May 8, 2023, Defendant will file a Motion for Summary Judgment that, with respect to the causes of action alleged in the Complaint

132174285.1

[ECF No. 3], Plaintiff Verma is not a "Residential Telephone Subscriber" under the TCPA and also that his telephone number does not qualify for the TCPA's protection of wireless telephone numbers.

(c) Discovery prior to the resolution of these issues will be limited as agreed in the Parties' stipulation.

4. In addition, the Parties request a status conference before Judge Toomey to discuss this proposed modification and discovery and scheduling issues.

## CONCLUSION

For the reasons set forth above, the Parties jointly request (1) that the Court modify the operative scheduling order as set forth herein, and (2) that Magistrate Judge Toomey set a status conference in this case at the Court's earliest convenience.

## M.D. FLA. 3.01(G) CERTIFICATION

The Parties have conferred regarding the issues that are the subject of this joint motion, and are in agreement with respect to the requested relief.

Jointly Submitted: February 24, 2023

s/ *Jeremy M. Glapion*
Jeremy M. Glapion (admitted PHV)
jmg@glapionlaw.com
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Telephone: 732-455-9737

Eric W. Kem (FBN 0106042)
ekem@kemlawfirm.com
Eric Kem Injury Lawyers
2233 NW 41st Street, Ste. 700-H
Gainesville, Florida 32606
Telephone: 352-356-5075

*Counsel for Plaintiff Rajesh Verma*

s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Charles W. Throckmorton (FBN 101203)
cthrockmorton@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

*Counsel for Defendant Walden*