Jeremy Glapion <jmg@glapionlaw.com>

# Verma v. Walden - Amended Complaint
2 messages

**Jeremy Glapion** <jmg@glapionlaw.com>                                                 Tue, Feb 28, 2023 at 11:56 AM
To: "Aaron S. Weiss" <aweiss@carltonfields.com>, "Charles W. Throckmorton" <CThrockmorton@carltonfields.com>
Cc: Eric Kem <ekem@kemlawfirm.com>

Counsel:

Do we have your consent to file the attached amended complaint pursuant to Fed. R. Civ. P. 15(a)(2)? I understand that said consent will not operate as any concession to anything in the complaint or waiver of any defense thereto.

I will attach your response (assuming it is consent) to the filing.

Best,
Jeremy

--



**Jeremy M. Glapion**
Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com
1704 Maxwell Drive
Wall, NJ 07719

 **First Amended Complaint.docx**
48K

**Throckmorton, Charles W.** <CThrockmorton@carltonfields.com>                          Wed, Mar 1, 2023 at 11:09 AM
To: Jeremy Glapion <jmg@glapionlaw.com>, "Weiss, Aaron S." <aweiss@carltonfields.com>
Cc: Eric Kem <ekem@kemlawfirm.com>

Jeremy,


We consent to the filing of the amended complaint, with the understanding that this consent does not waive any defenses or act as a concession as to any allegations.


Thanks,


Charles


**Charles W. Throckmorton**
Attorney at Law | Carlton Fields

2 MiamiCentral

700 NW 1st Avenue, Ste. 1200 | Miami, Florida 33136-4118

Direct: 305.539.7284 | Fax: 305.530.0055

CThrockmorton@carltonfields.com

**From:** Jeremy Glapion <jmg@glapionlaw.com>
**Sent:** Tuesday, February 28, 2023 11:57 AM
**To:** Weiss, Aaron S. <aweiss@carltonfields.com>; Throckmorton, Charles W. <CThrockmorton@carltonfields.com>
**Cc:** Eric Kem <ekem@kemlawfirm.com>
**Subject:** Verma v. Walden - Amended Complaint

Counsel:

Do we have your consent to file the attached amended complaint pursuant to Fed. R. Civ. P. 15(a)(2)? I understand that said consent will not operate as any concession to anything in the complaint or waiver of any defense thereto.

I will attach your response (assuming it is consent) to the filing.

Best,

Jeremy

--



**Jeremy M. Glapion**

Partner

jmg@glapionlaw.com | 732.455.9737

Glapion Law Firm | www.glapionlaw.com

1704 Maxwell Drive
Wall, NJ 07719