UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAJESH VERMA,

    *Plaintiff*,

v.

    Case No. 3:22-cv-00776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant*.

_____/

## JOINT MOTION FOR 60-DAY EXTENSION OF DEADLINE TO SUBMIT DISPOSITIVE MOTIONS REGARDING PLAINTIFF'S INDIVIDUAL CLAIMS

Plaintiff Rajesh Verma ("Verma") and Defendant Walden University, LLC ("Walden") (collectively, the "Parties") jointly move for a 60-day extension of the deadline to submit dispositive motions regarding Verma's individual claims.

The Parties' current deadline to submit dispositive motions regarding Verma's individual claims is May 8, 2023. [ECF No. 42]. Walden has recently served more than a half-dozen subpoenas and anticipates the need to conduct multiple depositions on the issues related to Verma's individual claims.[1] Given the time frame, the Parties require additional time to complete discovery related to the issues regarding Verma's individual claims.[2]

---

[1] For his part, Verma does not concede that all of these depositions and other discovery are necessary but acknowledges that Walden may pursue, at least, some discovery on the issues. In any event, the Parties will meet and confer on those issues.

[2] From the time the Parties submitted their Joint Motion to Modify the Amended Case Management and Scheduling Order on February 24, 2023, [ECF No. 39] until the Court entered the order on that motion, the Parties' primary focus was on the class discovery, as the deadline for class certification expert reports was April 24, 2023 under the now-vacated scheduling order. [ECF No. 30]. After the Court entered the March 31, 2023 order, Walden

132619708.1

In addition—and perhaps more importantly—the parties are in the process of scheduling a mediation to occur within the next 45-60 days. The parties anticipate devoting substantial time and effort related to the preparation for and participation in mediation, and the additional time will help the parties focus on those efforts.

## CONCLUSION

For the reasons set forth herein, the Parties jointly request an extension of time, through and including **July 7, 2023**, to submit dispositive motions regarding Verma's individual claims.

## M.D. FLA. 3.01(G) CERTIFICATION

The Parties have conferred regarding the issues that are the subject of this joint motion and are in agreement with respect to the requested relief.

Jointly Submitted: April 12, 2023

s/ *Jeremy M. Glapion*
Jeremy M. Glapion (admitted PHV)
jmg@glapionlaw.com
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Telephone: 732-455-9737

Eric W. Kem (FBN 0106042)
ekem@kemlawfirm.com
Eric Kem Injury Lawyers
2233 NW 41st Street, Ste. 700-H
Gainesville, Florida 32606
Telephone: 352-356-5075

*Counsel for Plaintiff Rajesh Verma*

s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Charles W. Throckmorton (FBN 101203)
cthrockmorton@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

*Counsel for Defendant Walden University, LLC*

---

pivoted to discovery regarding Verma's individual claims, an issue which, in the ordinary course, would have primarily been dealt with *after* class certification briefing.