# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RAJESH VERMA,

    *Plaintiff*,

v.

    Case No. 3:22-cv-00776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant*.

_____/

## NOTICE OF MEDIATOR SELECTION AND SCHEDULING OF MEDIATION CONFERENCE

    Plaintiff Rajesh Verma and Defendant Walden University, LLC notify the Court that that they have selected Terrence White as the mediator for this case. Mr. White's contact information is as follows:

    Terrence White
    Upchurch Watson White & Max
    1400 Hand Ave Ste. D.
    Ormond Beach, FL 32174
    Telephone: 386-253-1560
    Email: twhite@uww-adr.com

    The parties have also scheduled the mediation conference in this case before Mr. White for August 7, 2023 in Orlando, Florida.

    Jointly Submitted: June 20, 2023

| | |
|---|---|
| s/ *Jeremy M. Glapion* | s/ *Aaron S. Weiss* |
| Jeremy M. Glapion (admitted PHV) | Aaron S. Weiss (FBN 48813) |
| jmg@glapionlaw.com | aweiss@carltonfields.com |
| The Glapion Law Firm, LLC | Charles W. Throckmorton (FBN 101203) |
| 1704 Maxwell Drive | cthrockmorton@carltonfields.com |
| Wall, New Jersey 07719 | Carlton Fields, P.A. |
| Telephone: 732-455-9737 | 700 N.W. 1st Ave., Ste. 1200 |
| | Miami, Florida 33136 |
| | Telephone: 305-530-0050 |
| | *Counsel for Defendant* |

133220365.1

Eric W. Kem (FBN 0106042)
ekem@kemlawfirm.com
Eric Kem Injury Lawyers
2233 NW 41st Street, Ste. 700-H
Gainesville, Florida 32606
Telephone: 352-356-5075

*Counsel for Plaintiff*