UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAJESH VERMA, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.                                          Case No. 3:22-cv-776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediator Selection and Scheduling of Mediation Conference (Doc. 45) and in accordance with the rules governing mediation set forth in Chapter Four of the Rules of the United States District Court for the Middle District of Florida, it is

**ORDERED** that the following individual is appointed to serve as mediator in this action:

| | |
|---|---|
| **Name of Mediator:** | Terrence White, Esq. |
| **Firm's Name and Address:** | Upchurch Watson White & Max<br>1400 Hand Ave. Ste. D.<br>Ormond Beach, FL 32174 |
| **Telephone Number:** | (386) 253-1560 |

DONE and ORDERED in Jacksonville, Florida this 22nd day of June, 2023.

*[signature]*

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

All counsel of record
unrepresented parties (if any)