# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RAJESH VERMA,

    *Plaintiff,*

v.

                         Case No. 3:22-cv-00776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant.*

_____/

## AMENDED NOTICE OF MEDIATOR SELECTION
## AND SCHEDULING OF MEDIATION CONFERENCE

Plaintiff Rajesh Verma and Defendant Walden University, LLC notify the Court that that they have selected Terrence White as the mediator for this case. Mr. White's contact information is as follows: **Terrence White, Upchurch Watson White & Max, 1400 Hand Ave Ste. D., Ormond Beach, FL 32174, Telephone: 386-253-1560, Email: twhite@uww-adr.com**.

The parties have also scheduled the mediation conference in this case before Mr. White for September 18, 2023 in Orlando, Florida.

Jointly Submitted: August 28, 2023

| | |
|---|---|
| s/ *Jeremy M. Glapion* | s/ *Aaron S. Weiss* |
| Jeremy M. Glapion (admitted PHV) | Aaron S. Weiss (FBN 48813) |
| jmg@glapionlaw.com | aweiss@carltonfields.com |
| The Glapion Law Firm, LLC | Charles Throckmorton (FBN 101203) |
| 1704 Maxwell Drive | cthrockmorton@carltonfields.com |
| Wall, New Jersey 07719 | Carlton Fields, P.A. |
| Telephone: 732-455-9737 | 700 N.W. 1st Ave., Ste. 1200 |
| | Miami, Florida 33136 |
| Eric W. Kem (FBN 0106042) | Telephone: 305-530-0050 |
| ekem@kemlawfirm.com | |
| Eric Kem Injury Lawyers | *Counsel for Defendant* |
| 2233 NW 41st Street, Ste. 700-H | |
| Gainesville, Florida 32606 | |
| Telephone: 352-356-5075 | |
| | |
| *Counsel for Plaintiff* | |

133802120.1