**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RAJESH VERMA,

    *Plaintiff*,

v().                                        Case No. 3:22-cv-00776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant*.

_____/

**NOTICE OF SETTLEMENT AND**
**JOINT REQUEST TO HOLD DEADLINES IN ABEYANCE**

Plaintiff Rajesh Verma and Defendant Walden University, LLC advise the Court that in connection with their September 18, 2023 mediation in this matter, they have reached agreement in principle on a class wide settlement.

The Parties anticipate seeking preliminary approval of their settlement from the Court within 28 days. In light of their pending settlement, the Parties jointly request that all deadlines in this case be held in abeyance.

**M.D. FLA. 3.01(G) CERTIFICATION**

The Parties have conferred regarding the issues that are the subject of this joint motion, and are in agreement with respect to the requested relief.

**[Signatures of Following Page]**

Dated: September 26, 2023

s/ *Jeremy M. Glapion*
Jeremy M. Glapion (admitted PHV)
jmg@glapionlaw.com
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Telephone: 732-455-9737

Eric W. Kem (FBN 0106042)
ekem@kemlawfirm.com
Eric Kem Injury Lawyers
2233 NW 41st Street, Ste. 700-H
Gainesville, Florida 32606
Telephone: 352-356-5075

*Counsel for Plaintiff Rajesh Verma*

s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Charles Throckmorton (FBN 101203)
cthrockmorton@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

*Counsel for Defendant Walden University*