## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

RAJESH VERMA, on behalf of himself and any others similarly situated,

    Plaintiff,

v.

WALDEN UNIVERSITY, LLC

    Defendant.

Case No. 3:22-cv-776-BJD-JBT

### STATUS REPORT REGARDING FORTHCOMING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

On September 26, the Parties informed the Court that they had agreed in principle to the terms of a class action settlement in this matter. [Dkt. 52.] Therein, the Parties indicated that by October 24, 2023, Plaintiff would seek a Motion for Preliminary Approval of the Agreement. The Parties continue to work to finalize the long-form Settlement Agreement. Although the Court has not yet officially ordered the October 24 deadline, the Parties wish to update the Court that more time is required to complete the Agreement and submit a comprehensive Motion for Preliminary Approval. After discussing the tasks left, the Parties have set an internal timeline for the remaining steps. Based on this internal timeline, the Parties are confident that Plaintiff will be able to submit the Motion by November 17.

| | |
|---|---|
| s/ Jeremy M. Glapion | s/ Aaron S. Weiss |
| Jeremy M. Glapion (admitted PHV) | Aaron S. Weiss (FBN 48813) |
| jmg@glapionlaw.com | aweiss@carltonfields.com |
| The Glapion Law Firm, LLC | Charles W. Throckmorton (FBN 101203) |
| 1704 Maxwell Drive | cthrockmorton@carltonfields.com |
| Wall, New Jersey 07719 | Carlton Fields, P.A. |
| Telephone: 732-455-9737 | 700 N.W. 1st Ave., Ste. 1200 |
| | Miami, Florida 33136 |
| Eric W. Kem (FBN 0106042) | Telephone: 305-530-0050 |
| ekem@kemlawfirm.com | |
| Eric Kem Injury Lawyers | *Counsel for Defendant Walden University* |
| 2233 NW 41st Street, Ste. 700-H | |
| Gainesville, Florida 32606 | |
| Telephone: 352-356-5075 | |

*Counsel for Plaintiff Rajesh Verma*