UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAJESH VERMA, on behalf of
himself and all others similarly
situated,

    Plaintiff,

v.

                                          Case No. 3:22-cv-776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement and Joint Request to Hold Deadlines in Abeyance (Doc. 52) and the Status Report Regarding Forthcoming Motion for Preliminary Approval of Class Action Settlement (Doc. 53). In the Notice, the parties advise the Court that this case has been resolved and that they will be seeking preliminary approval of their settlement. See Notice at 1.

In the Status Report, parties advise that they are continuing to work to finalize the long-form settlement agreement and anticipate they will be able to submit the Motion by November 17, 2023. See Report at 1.

Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for June 26, 2024, is cancelled and this case is removed from the July 8, 2024, trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. On or before **November 17, 2023**, the parties shall file the Motion for Preliminary Approval of the Agreement.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of October 2023.

BRIAN J. DAVIS
United States District Judge

cs
Copies furnished to:

Counsel of Record
Unrepresented Parties