# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RAJESH VERMA,

    *Plaintiff,*

v.                                  Case No. 3:22-cv-00776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant.*

_____/

## JOINT MOTION FOR EXTENSION TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Rajesh Verma, on behalf of himself and any others similarly situated, ("Plaintiff") and Defendant Defendant Walden University, LLC ("Defendant") jointly move, pursuant to Fed. R. Civ. P. 6(b), for entry of an order granting an extension of ten days (through November 27, 2023) for Plaintiff to file a Motion for Preliminary Approval of the Parties' class action settlement agreement.

The Parties have nearly finalized the long-form class action settlement agreement. Within ten days after the proposed settlement is filed in court, as it would be with Plaintiff's Motion for Preliminary Approval, Defendant will be required to serve notice of the same to relevant state and federal officials. 28 U.S.C. §1715(b), In order to allow that process to be completed without the burden of the upcoming Thanksgiving holiday, the Parties request that the

1

date for the Motion for Preliminary Approval of the Parties class action settlement agreement be extended until November 27, 2023.

## CONCLUSION

For the reason set forth herein, the Parties request entry of an order granting an extension of ten days (through November 27, 2023) for Plaintiff to file a Motion for Preliminary Approval of the Parties' class action settlement agreement.

## M.D. FLA. 3.01(G) CERTIFICATION

The Parties have conferred regarding the issues that are the subject of this joint motion and are in agreement with respect to the requested relief.

**Jointly Submitted: November 14, 2023**

s/ Jeremy M. Glapion
Jeremy M. Glapion (admitted PHV)
jmg@glapionlaw.com
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Telephone: 732-455-9737

Eric W. Kem (FBN 0106042)
ekem@kemlawfirm.com
Eric Kem Injury Lawyers
2233 NW 41st Street, Ste. 700-H
Gainesville, Florida 32606
Telephone: 352-356-5075

*Counsel for Plaintiff*

s/ Aaron S. Weiss
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Charles Throckmorton (FBN 101203)
cthrockmorton@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

*Counsel for Defendant*

134499882.1