# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| **RAJESH VERMA**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**WALDEN UNIVERSITY, LLC**<br><br>    Defendant. | **Case No. 22-cv-776-BJD-JBT** |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASSES**

Rajesh Verma ("Plaintiff"), through his undersigned counsel, hereby moves for leave to file an overlength brief in support of his forthcoming Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Classes.

1. Plaintiff's Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Classes is presently due on November 17, 2023, with a pending Motion to extend this deadline to November 7, 2023.
2. The Middle District of Florida's local rules limit motions to twenty-five pages without leave of the Court. L.R. 3.01(a).
3. The current draft of the memorandum in support of Plaintiff's forthcoming motion is just over 27 substantive pages (i.e. excluding caption, table of contents, and signature block).
4. Revisions are ongoing to this draft, but Plaintiff does not anticipate additions that will significantly increase its length.
5. Accordingly, Plaintiff respectfully asks that the Court allow Plaintiff to file a Motion for Preliminary Approval of up to thirty (30) pages.
6. These additional pages are necessary to 1) explain the terms of the settlement 2) discuss and apply the standard for preliminary approval and 3) discuss and apply the standard for certification of a settlement class.
7. Plaintiff has consulted with Defendant's counsel, and Defendant consents to this request.

Dated: November 14, 2023                /s/ *Jeremy M. Glapion*
                                                              Jeremy M. Glapion
                                                              **THE GLAPION LAW FIRM, LLC**
                                                              1704 Maxwell Drive
                                                              Wall, New Jersey 07719
                                                              Tel: 732.455.9737
                                                              Fax: 732.709.5150
                                                              jmg@glapionlaw.com