UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| **RAJESH VERMA**, on behalf of himself and all others similarly situated,,<br><br>Plaintiff,<br>v.<br><br>**WALDEN UNIVERSITY, LLC**,<br><br>Defendant. | Case No. 22-cv-776-BJD-JBT |

### **DECLARATION OF SNEHAL INDRA, AMERICAN LEGAL CLAIM SERVICES, LLC REGARDING CLASS ACTION NOTICE PLAN AND RELATED ADMINISTRATION**

I, Snehal Indra, declare as follows:

1. I am a competent adult, over the age of twenty-one, and this declaration is based on my personal knowledge.

2. I am an employee of American Legal Claim Services, LLC ("ALCS") as a senior case manager. ALCS is a class action administrator whose major focus is consumer class actions. ALCS has administered over 600 cases in the past 10 years with class sizes ranging into the millions of class members.

3. If ALCS is appointed by the Court to serve as the Settlement Administrator, I will be principally responsible for overseeing the dissemination of notice to the Class; processing claims; processing requests for exclusion; processing requests for objection; providing a settlement website; and distributing the Claims Payments.

### **ALCS Qualifications**

4. ALCS is well qualified to act as Settlement Administrator in this case. ALCS is a class action administrator whose major focus is consumer class actions. ALCS has administered over 600 cases

1

in the past 10 years with class sizes ranging into the millions of class members. Specifically, ALCS had administered many TCPA settlements throughout the country and specifically in this District. A cross section of TCPA settlements administered by ALCS follows:

- Guidry v Penn Credit Corporation, Case No 6:16-cv-1936-Orl-41LRH, United States District Court, Middle District of Florida, Orlando Division
- Sawyer v Intermex Wire Transfer, Case No. 1:19-cv-22212, United States District Court, Southern District of Florida
- Alderman v GC Services Limited Partnership, Case No. 2:16-cv-14508-RLR, United States District Court, Southern District of Florida
- Swaney v Regions Bank, Case No. 2:13-cv-00544, United States District Court, Northern District of Alabama, Southern District
- Advanced Dermatology et al v Coolibar Inc., Case No 1:19-cv-02500, United States District Court, Northern District of Ohio
- Hossfeld v Compass Bank, Case No. 2:16-cv-02017-ACA, United States District Court, Northern District of Alabama

### CAFA Noticing

5.     ALCS will perform CAFA noticing to the required government entities. ALCS will prepare and provide the required letter for review and approval by defendant as well as pull the necessary documents from PACER and provide them on a CD to the required entities. The packages will be sent USPS Certified Mail, with Return Receipt Requested. ALCS will provide CAFA noticing to the USAG as well as the AG in the 50 states/commonwealth, plus the 6 territories including Washington DC.

### Individual Notice – Email

6.     Within seven (7) days after the date of Preliminary Approval, the Defendant will provide ALCS the Settlement Class List ("Notice List"). This Class List is expected to contain names and email addresses for the approximately 3,896 class members of the National Class and Florida Class members. According to the Settlement Agreement, ALCS will send the notice of settlement via email not less than 45 days after the Court's Preliminary Approval Order is entered. Prior to sending notice via email, ALCS will process the emails through a cleansing procedure that will check for syntax, known undeliverable

2

emails and other instances that may cause issues with deliverability and the success of the email noticing campaign.

## Case Website

7. An informational settlement website, www.WaldenTCPASettlement.com or similar, will be established to reflect the Settlement of the case. Settlement Class Members will be able to obtain additional information and documents including the Website Notice, Settlement Agreement, Preliminary Approval Order, a list of Frequently Asked Questions and Answers and any other information that the parties agree to provide or that the Court may require. Settlement Class Members will be able to file an online claim. The website will also include information on how potential Settlement Class Members can opt-out of or object to the Settlement if they choose. The website address will be prominently displayed in the email notice. The Settlement Website shall remain open and accessible for not less than thirty (30) Days after the last day to cash any check drawn on the Settlement Fund.

## Call Center and Case Specific Email Box

8. ALCS will provide an IVR call center that will allow class members to select from a menu of recordings to hear information about the case. Class members will have the ability to leave a message for the administrator if their question is not answered. ALCS will provide communications to the class members in response to their questions. In addition, a case email address and a postal mailing address will be provided, allowing Settlement Class Members the opportunity to request additional information or ask questions via USPS.

## Processing Claims/Requests for Exclusions/Objections

9. ALCS will respond to any mailed or emailed Settlement Class Members inquires in a timely manner. ALCS will review all claims filed both electronically via the website or mailed in to determine the claims validity and timeliness. Within ten (10) Days after the Claim Deadline, the Settlement Administrator shall provide Class Counsel and Walden with a list of all Settlement Class

3

Members who filed a Claim, whether the Claim was rejected or accepted, and if rejected, the reason it was rejected. ALCS will receive Request for Exclusions and objections from Settlement Class Members and will provide copies the Exclusion requests and objections no later than three (3) days following the deadline for submission of the same to Class Counsel.  If any additional Requests for Exclusion, objections or claims are received by ALCS after the required deadlines, copies will be promptly provided to Class Counsel.

### Qualified Settlement Fund

10.     ALCS will create, administer, oversee, and report on a Qualified Settlement Fund (QSF) for the case.  The QSF will have its own tax identification number and will file an annual tax return with the IRS and the State of Florida Department of Revenue.

### Payments to Class Members

11.     ALCS will begin processing and transmitting Settlement Payments to the Settlement Class Members who filed a valid claim within sixty (60) days after the Final Settlement Date.  Payments will be made by check or electronic method selected by the class member when filing their claim.  Their selections will include Venmo, Zelle, PayPal, and digital Mastercard.  If a class member does not make a payment selection, a check will be the default payment method.

### Affidavits and Reporting

12.     ALCS will provide periodic reports (as determined by the parties) that will include information regarding noticing results and disbursement of the settlement funds as well as amounts of funds remaining in the Net Settlement Fund.  ALCS will also provide in advance of the Final Approval Hearing, an affidavit that: (i) attests to the implementation of the Notice in accordance with the Preliminary Approval Order, and (ii) identifies each Settlement Class member who timely and properly submitted a Request for Exclusion.

I declare under penalty of perjury pursuant to the laws of the State of Florida that the foregoing is true and correct to the best of my knowledge.

Executed on November 15, 2023
Jacksonville, Florida.

*[signature]*

Snehal Indra

5