UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| RAJESH VERMA, on behalf of himself and any others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WALDEN UNIVERSITY, LLC<br><br>    Defendant. | Case No. 3:22-cv-776-BJD-JBT |

**JOINT MOTION TO RESCHEDULE FINAL APPROVAL HEARING**

On May 16, 2024, the Court granted preliminary approval to the class action settlement in the above-captioned matter. [Dkt. 60.]

Pursuant to the settlement agreement, the accompanying order sets the Notice Deadline as forty-five (45) days after the entry of the order, making the Notice Deadline June 30, 2024. *Id.* at ¶ 8.

The order then sets the deadline for claims, opt-outs, and objections ("Claims Deadline") at ninety (90) days after the Notice Deadline, making the Claims Deadline September 28, 2024. *Id.* ¶¶ 12, 14.

Finally, the order notes that a final approval hearing shall be held "no earlier than one hundred and twenty (120) days after the Notice Deadline", before setting the hearing for September 13, 2024. *Id.* at ¶ 15.

Based on the previous deadlines, however, the earliest date for the hearing would be October 28, 2024 (120 days after June 30, 2024). The current date of

September 13, 2024 would also place the final approval hearing prior to the Claims Deadline, which could create difficulties in submitting the final approval motion, or considering late objections.

Accordingly, the Parties respectfully request that the Court reschedule the final approval hearing to October 28, 2024, or as soon as practicable thereafter.

M.D. Fla. 3.01(G) Certification

The Parties have conferred regarding the issue that is the subject of this joint motion and are in agreement with respect to the requested relief.

Respectfully submitted on May 28, 2024,

| | |
|---|---|
| /s/ Jeremy M. Glapion | /s/ Aaron S. Weiss |
| Jeremy M. Glapion | Aaron S. Weiss (FBN 48813) |
| **THE GLAPION LAW FIRM** | aweiss@carltonfields.com |
| 1704 Maxwell Drive | Charles Throckmorton (FBN 101203) |
| Wall, New Jersey 07719 | cthrockmorton@carltonfields.com |
| Tel: 732.455.9737 | Carlton Fields, P.A. |
| Fax: 732.965.8006 | 700 N.W. 1st Ave., Suite 1200 |
| jmg@glapionlaw.com | Miami, Florida 33136 |
| | Telephone: 305-530-0050 |
| Eric W. Kem (FBN 0106042) | |
| ERIC KEM INJURY LAWYERS | Counsel for Defendant |
| 2233 NW 41st Street, Ste. 700-H | |
| Gainesville, FL 32606 | |
| Tel: 352.356.5075 | |
| Fax: 844.536.3476 | |
| ekem@kemlawfirm.com | |
| | |
| Counsel for Plaintiff | |