UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **RAJESH VERMA**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WALDEN UNIVERSITY, LLC**<br><br>Defendant. | Case No. 22-cv-776-BJD-JBT |

## DECLARATION OF ERIC KEM IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Eric Kem, declare as follows:

1. I am an attorney at law, the founder of Eric Kem Injury Lawyers, and a member in good standing of the State Bars of Florida and California. The following is based on my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2. Eric Kem Injury Lawyers is a plaintiff-side firm focusing on auto accident injuries and several types of consumer protection claims, including the Telephone Consumer Protection Act, Fair Credit Reporting Act, Fair Debt Collection Practices Act, and Bank and Credit Union Fee disputes.

3. I have been appointed co-lead counsel in one prior TCPA class action:

      a. *Martinez v. Medicredit*, Case No. 4:16CV01138 (E.D. Missouri, May 2018) (co-lead counsel in successfully administered, $5 million non-reversionary TCPA class settlement);

4. In addition to serving as counsel in multiple TCPA, FCRA and FDCPA matters that were settled confidentially, I have taken two consumer cases to successful judgment:

      a. *Crawford v. De Ville Asset Management, LTD.* 1:17cv5-MW/GRJ (N.D.FL.) (Judgment for $54,034.77 and injunction in combined FDCPA/TCPA action for individual consumer);

      b. *Bortmes v. National Brokers of America, Inc.,* 1:16cv146-MW/GRJ (N.D.FL.) (Judgment for $184,500.00 plus costs for 123 violations of the TCPA).

5. I worked as an associate attorney for the Kick Law Firm in 2020, a consumer class action firm, on class action cases involving overdraft and insufficient funds fee practices at banks and credit unions.

6. I served as a local counsel in *Roman et al. v. McCoy Federal Credit* Union, Case No. 2021 CA 000252 (Seminole County, Florida, 2024), a case involving allegations of improper overdraft fee practices which resulted in a class action settlement of $1 million in payments and $400,000 in debt forgiveness.

7. My experience in the matters listed above, as well as my specific knowledge of the TCPA gained through handling numerous TCPA actions (both class

and individual), has allowed me to develop the skills to successfully and capably serve as class counsel in this case.

8. In prosecuting this action, I have incurred the following necessary costs, totaling: $851.11

| Item | Cost |
|---|---|
| Federal Court filing fee | $425.39 |
| Service of Process | $25.00 |
| Hotel stay for mediation | $190.12 |
| Travel to mediation (total) | $210.60 |

Executed on this 29th day of July, 2024, at Gainesville, Florida.

*/s/ Eric Kem*
Eric Kem

2