UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| **RAJESH VERMA,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WALDEN UNIVERSITY, LLC**<br><br>Defendant. | Case No. 22-cv-776-BJD-JBT |

**Declaration of Eric W. Kem in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class**

I, Eric W. Kem, declare as follows:

1. I am the founder of Eric Kem Injury Lawyers and a member in good standing of the State Bars of Florida and California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Eric Kem Injury Lawyers is a plaintiff-side personal injury and consumer protection firm. Its consumer protection practice focuses on cases alleging violations of the Telephone Consumer Protection Act, Fair Credit Reporting Act, Fair Dept Collection Practices Act, and consumer fraud.

3. Since I began handling consumer protection cases in 2015, I have helped individual consumers recover substantial sums, including multiple six-figure settlements and judgments. Notable, non-confidential individual results include:

    a.    *Crawford v. De Ville Asset Management, LTD.* 1:17cv5-MW/GRJ (N.D.FL., 2017) (Judgment for $54,034.77 and injunction in combined FDCPA/TCPA action for individual consumer);

    b.    *Bortmes v. National Brokers of America, Inc.,* 1:16cv146-MW/GRJ (N.D.FL., 2016) (Judgment for $184,500.00 plus costs for 123 violations of the TCPA).

4. I was appointed co-lead counsel in one prior TCPA class action:

    a.    *Martinez v. Medicredit*, Case No. 4:16-CV-01138 (E.D. Missouri, 2016) (co-lead counsel in successfully administered, $5 million non-reversionary TCPA class action settlement).

5. I was co-counsel on a credit union fees class action case that was approved and successfully administered ($1 million settlement fund and $400,000 in forgiven debt), *Roman v. McCoy Federal Credit Union*, Case No. 2021 CA 000252 (Seminole County, Florida).

6. In addition, I handle personal injury matters with a focus on auto accident injuries.

7. I have been a member of the National Association of Consumer Advocates since 2015 and have participated in numerous training courses with that organization.

8. My experience listed above, including my specific experience in handling TCPA cases on both class and individual bases, has been necessary to the success of the proposed settlement in this case. My experience allowed me to manage

the complex legal, factual, and procedural issues in this case and to steer it towards a successful resolution.

Executed on this 8th day of October, 2024, at Gainesville, Florida.

/s/ *Eric W. Kem*
Eric W. Kem