UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

| | |
|---|---|
| **RAJESH VERMA**, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>**WALDEN UNIVERSITY, LLC**<br><br>           Defendant. | Case No. 22-cv-776-BJD-JBT |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASSES**

WHEREAS, the Parties in the above-captioned litigation have advised the Court that they have settled the Litigation, the terms of which have been memorialized in a proposed settlement agreement ("Settlement Agreement");

WHEREAS, this Court issued an order preliminary (1) certifying a proposed Class for settlement purposes; (2) granting Preliminary Approval of the Settlement Agreement resolving all claims in the above-captioned matter, (3) directing notice to the class, and (4) setting a fairness hearing, Dkt. 60;

WHEREAS, the Court has read and considered Plaintiff's unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Classes ("Motion"), the Settlement Agreement, and all of the supporting documents; and

WHEREAS, the Court has read and considered Magistrate Judge Horovitz's report and recommendation on Plaintiff's Motion for Attorneys' Fees and Costs ("Fee Recommendation"); and good cause appearing:

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. This Order incorporates by reference the definitions in the Settlement Agreement and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement Agreement.

2. Plaintiff's Motion is **GRANTED**. The Settlement Agreement satisfies the elements of Fed. R. Civ. P. 23 and is fair, adequate, and reasonable, and is finally approved in full.

3. The preliminarily certified Settlement Classes are hereby finally certified pursuant to Fed. R. Civ. P. 23(a) and (b)(2). The Settlement Classes are defined as:

   Since June 6, 2018, all persons to whose telephone number Defendant placed (or had placed on its behalf) more than one telephone call in a 12-month period for the purpose of encouraging enrollment in or providing information about Walden University, after that person had asked Defendant to stop calling.

   ("National Class")

   Since July 1, 2021, all persons to whose telephone number with a Florida area code Defendant placed (or had placed on its behalf) a telephone call for the purpose of encouraging enrollment in or providing information about Walden University after that person had asked Defendant to stop calling.

   ("Florida Class").

4. The Court finds that Plaintiff Rajesh Verma has fairly and adequately protected the interests of the Settlement Classes and will continue to do so. As a result, the Court finally appoints and designates Plaintiff as representative of the Settlement Class.

5. The Court finds that attorney Jeremy M. Glapion of Glapion Law Firm and Eric Kem of Eric Kem Injury Lawyers are experienced and competent counsel who have protected, and will continue to protect, the interests of the Settlement Classes fairly and adequately. As a result, the Court finally appoints and designates Attorney Glapion and Attorney Kem as Class Counsel for the Settlement Class.

6. The Court finds that the Notice provided to the Settlement Classes was sufficient and adequate, and the lack of opposition to the Settlement support its final approval.

7. The Court has further considered and hereby adopts the Fee Recommendation, but amends the awarded costs to $_____ in light of costs incurred in attending the Final Approval Hearing.

8. Counsel for the Parties are hereby authorized to utilize all reasonable procedures to distribute payment, finalize any outstanding administrative issues, and close this case.

   **ORDERED** this _____ day of _____, 2024.

   _____
   Hon. Brian J. Davis
   United States District Judge