UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAJESH VERMA,

    *Plaintiff*,

v.                                          Case No. 3:22-cv-00776-BJD-JBT

WALDEN UNIVERSITY, LLC,

    *Defendant*.

_____/

**JOINT MOTION FOR COUNSEL TO APPEAL BY TELEPHONE
(OR OTHER REMOTE MEANS) AT COTOBER 29, 2034 HEARING**

Counsel for Plaintiff Rajesh Verma and Defendant Walden University, LLC ("Defendant") jointly move, for permission for certain counsel to appear via telephone (or other remote means) at the October 29, 2024 hearing on Plaintiff's unopposed motion for final approval of the Parties' class action settlement agreement.

The Court has set a October 29, 2024 hearing on Plaintiff's motion for final approval of the Parties' class action settlement agreement. To date—about a week before the hearing—there have been no written objections to the settlement on file with the Court. The Parties are in agreement on all of the relief requested and it is thus not anticipated that this will be a contested hearing.

However, travelling to the Jacksonville will present a hardship for lead counsel for both Parties. Lead counsel for the Defendant (Aaron S. Weiss) welcomed a new baby into his family in August and he will responsible for care of the aforesaid youth during the week of October 28, 2024. Co-lead counsel for the Plaintiff (Jeremy Glapion) also has an overlapping personal travel and childcare commitment that same

1

week that will make it difficult to attend the hearing in person. Co-counsel for the Plaintiff (Eric Kem) is able attend the hearing in person, though is also open to appearing remotely if the Court prefers. Mr. Weiss and Mr. Glapion will both be available to participate by telephone (or other remote means) if such leave is granted.

## CONCLUSION

For the reason set forth herein, the Parties jointly request entry of an order permitting counsel to attend the October 29, 2024 final approval hearing by telephone (or other remote means).

## M.D. FLA. 3.01(G) CERTIFICATION

The Parties have conferred regarding the issues that are the subject of this joint motion and are in agreement with respect to the requested relief.

**Jointly Submitted:  October 21, 2024**

s/ *Jeremy M. Glapion*
Jeremy M. Glapion (admitted PHV)
jmg@glapionlaw.com
The Glapion Law Firm, LLC
1704 Maxwell Drive
Wall, New Jersey 07719
Telephone: 732-455-9737

Eric W. Kem (FBN 0106042)
ekem@kemlawfirm.com
Eric Kem Injury Lawyers
2233 NW 41st Street, Ste. 700-H
Gainesville, Florida 32606
Telephone: 352-356-5075

*Counsel for Plaintiff and the Class*

s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Charles Throckmorton (FBN 101203)
cthrockmorton@carltonfields.com
Carlton Fields, P.A.
700 N.W. 1st Ave., Ste. 1200
Miami, Florida 33136
Telephone: 305-530-0050

*Counsel for Defendant*

134499882.1