## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RAJESH VERMA                                           CASE NO. 3:22-cv-776-BJD-SJH
On behalf of himself and all others
similarly situated

       Plaintiff

v.

WALDEN UNIVERSITY, LLC
       Defendant
_____ /

Counsel for Plaintiff:                          Counsel for Defendant:
Eric Kem                                        Aaron Weiss (via Zoom)
Jeremy Glapion (Via Zoom)

### HONORABLE BRIAN J. DAVIS
### SENIOR UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Shannie Woolbright          Court Reporter: Kathy Healey

### CLERK'S MINUTES

**PROCEEDINGS: FINAL APPROVAL HEARING**

The Court heard discussions on Unopposed Motion for final approval of a class action
settlement, the certification of settlement classes, and the approval of attorney's fees and
costs.

Plaintiff counsel addressed changes to costs, with no objections from defense counsel.

Order to enter.

Date: October 29, 2024.   Time: 9:05 a.m. – 9:17 a.m.    Total: 12 minutes.